IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN KANTOR and GREGORY SHUGAR,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RICHARD LEAHN MCDONALD, DEMETRIUS H. ROACH and RAPID FAST LLC,<br>　　　　Defendants. | CIVIL ACTION<br>NO. 23-2646 |

# ORDER

**AND NOW**, this 20th day of August 2024, in light of the parties informing the Court on the record that the above-captioned action has settled, it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall close the case.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Joel H Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.